UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 26-1543-MWF(SKx)                    **Date:** April 8, 2026
**Title:** *Marco Ruiz v. Jose Ramirez, et al.*

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| | |
|---|---|
| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE

On February 13, 2026, Plaintiff Marco Ruiz commenced this action against Defendants Jose Ramirez d/b/a El Calentano Restaurant, and 2403 and 2415 Marine Avenue LLC.  (Complaint (Docket No. 1)).

On February 23, 2026, the Court filed a Notice to Parties: ADA Disability Access Litigation.  (ADA Notice (Docket No. 9)).  Pursuant to the ADA Notice, Plaintiff was directed to serve the three documents (the ADA Packet) on Defendants at the same time the summons and complaint were served, if possible.  (*Id.* at ¶ 2).

On February 27, 2026, Plaintiff filed a Proof of Service as to Defendant Jose Ramirez d/b/a El Calentano Restaurant (the "Ramirez POS").  (Docket No. 12).  On March 2, 2026, Plaintiff filed a Notice of Voluntary Dismissal of Defendant Jose Ramirez d/b/a El Calentano Restaurant.  (Docket No. 13).

On April 6, 2026, Plaintiff filed a Proof of Service reflecting substituted service of the Summons, Complaint, and other case initiating documents on Defendant 2403 & 2415 Marine Avenue LLC.  (Docket No. 16).  On April 7, 2026, Plaintiff filed a Notice of Withdrawal of Document Re ECF No. 16.  (Docket No. 17).  The same day, Plaintiff also filed a Waiver of Service of Summons (the "Waiver").  (Docket No. 18). The Waiver reflects that Defendant 2403 & 2415 Marine Avenue LLC accepted service of the Summons and Complaint on April 7, 2026.  The Waiver does not include service of the ADA Packet as required by the ADA Notice.

_____
**CIVIL MINUTES—GENERAL**                                                                1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV 26-1543-MWF(SKx)                    Date:  April 8, 2026
Title:     *Marco Ruiz v. Jose Ramirez, et al.*

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's orders.  In response to this Order to Show Cause, the Court will accept proof of service of the ADA Packet and this Order to Show Cause on Defendant 2403 & 2415 Marine Avenue LLC.  Said response/proof of service must be filed no later than **APRIL 16, 2026.**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **April 16, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.